UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Eric Michael Sorenson,

          Plaintiff,

vs.                                                        ORDER ADOPTING THE
                                                           REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

          Defendants.                   Civ. No. 13-2958 (ADM/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the State Defendants' Motion to Dismiss, [Docket No. 28], is **GRANTED** in its entirety.

2. That the State Defendants' Partial Motion to Dismiss, [Docket No. 100], is **GRANTED** in its entirety.

3. That Plaintiff's Motion to Consider the Defendants' Current Motion to Dismiss Moot or Denied, [Docket No. 88], is **DENIED as moot**;

4. That Plaintiff's Motions for Partial Default Judgment, [Docket Nos. 57, 80], is **DENIED as moot**.

5. That the Court declines to exercise supplemental jurisdiction over any and all of Plaintiff's state law claims as alleged in both the First Amended Complaint and First Amended Supplemental Complaint.

6. **LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                                s/Judge Ann D. Montgomery
                                                Ann D. Montgomery, Judge
DATED: August 22, 2014                     United States District Court
at Minneapolis, Minnesota