UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Eric Michael Sorenson,

             Plaintiff,

   vs.                                 ORDER ADOPTING THE
                                    REPORT AND RECOMMENDATION

Minnesota Department of
Human Services, et al.,

             Defendants.           Civ. No. 13-2958 (ADM/LIB)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I.

Brisbois, and after an independent review of the files, records and proceedings in the above-entitled

matter, **IT IS ORDERED**:

1.     Defendant's Motion for Summary Judgment, [Docket No. 212], is **GRANTED**, and

that Plaintiff's claim against Defendant Angelique Brewer-Ottum, is **DISMISSED WITH**

**PREJUDICE**.

     **LET JUDGMENT BE ENTERED ACCORDINGLY.**


                                s/Ann D. Montgomery
                                Ann D. Montgomery, Judge
DATED: February 16, 2016        United States District Court
At Minneapolis, Minnesota